24402. WALLER v. GRIMES, Sheriff.

DUCKWORTH, Chief Justice. It now appearing that the appellant is being held in the custody of the sheriff under the Governor's rendition warrant issued since the hearing of the habeas corpus proceeding here under review, the denial of the writ is moot since he is no longer being held in custody under the commitment order. Accordingly, the

*Appeal is dismissed. All the Justices concur.*

SUBMITTED DECEMBER 12, 1967—DECIDED JANUARY 4, 1968.

*Neil L. Heimanson,* for appellant.

*Lewis R. Slaton, Solicitor General, Amber W. Anderson, J. Walter LeCraw,* for appellee.